IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **EDDIE JAMES BETTIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 03-0852-WS-B |
| | ) |
| **JAMES POWERS, et. al.,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the plaintiff's motion for leave to amend complaint. (Doc. 13). The motion is in apparent response to the report and recommendation of the Magistrate Judge that his complaint be dismissed prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

Complaints that are governed by the Prisoner Litigation Reform Act ("PLRA") are also governed by Rule 15(a) of the Federal Rules of Civil Procedure. *Brown v. Johnson*, 387 F.3d 1344, 1348-49 (11th Cir. 2004). That rule allows a litigant to amend his complaint "once as a matter of course at any time before a responsive pleading is served." Because, as in *Brown*, the motion to amend was filed after an unfavorable report and recommendation was entered but before a responsive pleading was filed, the plaintiff is entitled "as a matter of course" to amend his complaint under Rule 15(a). 387 F.3d at 1349. Accordingly, the motion for leave to amend is **granted**. The Magistrate Judge will undertake a review of the complaint as amended pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

DONE and ORDERED this 12th day of September, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE